UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| ADENA REGIONAL MEDICAL CENTER<br>272 Hospital Road<br>Chillicothe, OH 45601 | )<br>)<br>)<br>) |
| ADVOCATE CHRIST MEDICAL CENTER<br>4440 West 95th Street<br>Oak Lawn, IL 60453 | ) CASE NO: 1:24-CV-3336<br>)<br>)<br>) |
| ADVOCATE CONDELL MEDICAL CENTER<br>801 South Milwaukee Avenue<br>Libertyville, IL 60048 | )<br>)<br>)<br>) |
| ADVOCATE GOOD SAMARITAN HOSPITAL<br>3815 Highland Avenue<br>Downers Grove, IL 60515 | )<br>)<br>)<br>) |
| ADVOCATE GOOD SHEPHERD HOSPITAL<br>450 West Highway 22<br>Barrington, IL 60010 | )<br>)<br>)<br>) |
| ADVOCATE ILLINOIS MASONIC MEDICAL<br>CENTER<br>836 West Wellington Avenue<br>Chicago, IL 60657 | )<br>)<br>)<br>)<br>) |
| ADVOCATE LUTHERAN GENERAL HOSPITAL<br>1775 Dempster Street<br>Park Ridge, IL 60068 | )<br>)<br>)<br>) |
| ADVOCATE SHERMAN HOSPITAL<br>1425 North Randall Road<br>Elgin, IL 60123 | )<br>)<br>)<br>) |
| ADVOCATE SOUTH SUBURBAN HOSPITAL<br>17800 South Kedzie Avenue<br>Hazel Crest, IL 60429 | )<br>)<br>)<br>) |
| ADVOCATE TRINITY HOSPITAL<br>2320 East 93rd Street<br>Chicago, IL 60617 | )<br>)<br>) |

|  |  |
|---|---|
| ANDERSON HOSPITAL<br>6800 State Route 162<br>Maryville, IL 62062 | )<br>)<br>)<br>) |
| ASANTE ASHLAND COMMUNITY HOSPITAL<br>280 Maple Street<br>Ashland, OR 97520 | )<br>)<br>)<br>) |
| ASANTE ROGUE REGIONAL MEDICAL<br>CENTER<br>2825 East Barnett Road<br>Medford, OR 97504 | )<br>)<br>)<br>)<br>) |
| ASANTE THREE RIVERS MEDICAL CENTER<br>500 Southwest Ramsey Avenue<br>Grants Pass, OR 97527 | )<br>)<br>)<br>) |
| ASCENSION ALEXIAN BROTHERS<br>800 Biesterfield Road<br>Elk Grove Village, IL 60007 | )<br>)<br>)<br>) |
| ASCENSION ALL SAINTS HOSPITAL -<br>SURGICAL SERVICES - SPRING STREET<br>CAMPUS<br>3801 Spring Street<br>Racine, WI 53405 | )<br>)<br>)<br>)<br>)<br>) |
| ASCENSION BORGESS HOSPITAL<br>1521 Gull Road<br>Kalamazoo, MI 49048 | )<br>)<br>)<br>) |
| ASCENSION BRIGHTON CENTER FOR<br>RECOVERY<br>12851 Grand River Road<br>Brighton, MI 48116 | )<br>)<br>)<br>)<br>) |
| ASCENSION COLUMBIA SAINT MARY'S<br>HOSPITAL - MILWAUKEE CAMPUS<br>2301 North Lake Drive<br>Milwaukee, WI 53211 | )<br>)<br>)<br>)<br>)<br>) |

2

ASCENSION COLUMBIA ST. MARY'S )
HOSPITAL - OZAUKEE CAMPUS )
13111 North Port Washington Road )
Mequon, WI 53097 )
)
ASCENSION GENESYS HOSPITAL )
1 Genesys Parkway )
Grand Blanc, MI 48439 )
)
ASCENSION MACOMB - OAKLAND )
HOSPITAL, WARREN CAMPUS )
11800 East 12 Mile Road )
Warren, MI 48093 )
)
ASCENSION MEDICAL GROUP ST. VINCENT - )
INDIANAPOLIS CARDIOVASULAR )
10590 North Meridian Street )
Carmel, IN 46290 )
)
ASCENSION MERCY IN AURORA )
1325 North Highland Avenue )
Aurora, IL 60506 )
)
ASCENSION NE WISCONSIN - ST. ELIZABETH )
CAMPUS )
1506 South Oneida Street )
Appleton, WI 54915 )
)
ASCENSION PROVIDENCE HOSPITAL )
6901 Medical Parkway )
Waco, TX 76712 )
)
ASCENSION PROVIDENCE HOSPITAL - )
SOUTHFIELD CAMPUS )
16001 West 9 Mile Road )
Southfield, MI 48075 )
)
ASCENSION PROVIDENCE ROCHESTER )
HOSPITAL )
1101 West University Drive )
Rochester, MI 48307 )
)
)

3

ASCENSION RESURRECTION                          )
7435 West Talcott Avenue                         )
Chicago, IL 60631                                )
                                                 )
ASCENSION RIVER DISTRICT HOSPITAL                )
4100 River Road                                  )
East China Township, MI 48054                    )
                                                 )
ASCENSION SACRED HEART BAY                       )
615 North Bonita Avenue                          )
Panama City, FL 32401                            )
                                                 )
ASCENSION SACRED HEART EMERALD                   )
COAST                                            )
7800 U.S. Highway 98 West                        )
Miramar Beach, FL 32550                          )
                                                 )
ASCENSION SACRED HEART HOSPITAL GULF             )
3801 East Highway 98                             )
Port Saint Joe, FL 32456                         )
                                                 )
ASCENSION SACRED HEART PENSACOLA                 )
HOSPITAL                                         )
5151 North Ninth Avenue                          )
Pensacola, FL 32504                              )
                                                 )
ASCENSION SAINT ALEXIUS IN HOFFMAN               )
ESTATES                                          )
1555 Barrington Road                             )
Hoffman Estates, IL 60169                        )
                                                 )
ASCENSION SAINT FRANCIS                          )
355 Ridge Avenue                                 )
Evanston, IL 60202                               )
                                                 )
ASCENSION SAINT JOHN BROKEN ARROW                )
1000 West Boise Circle                           )
Broken Arrow, OK 74012                           )
                                                 )
ASCENSION SAINT JOHN HOSPITAL                    )
22101 Moross                                     )
Detroit, MI 48236                                )
                                                 )

4

ASCENSION SAINT JOSEPH - ELGIN                )
77 North Airlite Street                       )
Elgin, IL 60123                               )
                                              )
ASCENSION SAINT JOSEPH -CHICAGO               )
2900 North Lake Shore Drive                   )
Chicago, IL 60657                             )
                                              )
ASCENSION SAINT JOSEPH-JOLIET                 )
333 North Madison Street                      )
Joliet, IL 60435                              )
                                              )
ASCENSION SAINT MARY -CHICAGO                 )
2233 West Division Street                     )
Chicago, IL 60622                             )
                                              )
ASCENSION SAINT MARY- KANKAKEE                )
500 West Court Street                         )
Kankakee, IL 60901                            )
                                              )
ASCENSION SAINT THOMAS DEKALB                 )
520 West Main Street                          )
Smithville, TN 37166                          )
                                              )
ASCENSION SAINT THOMAS HIGHLANDS              )
HOSPITAL                                      )
401 Sewell Drive                              )
Sparta, TN 38583                              )
                                              )
ASCENSION SAINT THOMAS HOSPITAL WEST          )
4220 Harding Pike                             )
Nashville, TN 37205                           )
                                              )
ASCENSION SAINT THOMAS MIDTOWN                )
HOSPITAL                                      )
2000 Church Street                            )
Nashville, TN 37236                           )
                                              )
ASCENSION SAINT THOMAS RIVER PARK             )
1559 Sparta Road                              )
McMinnville, TN 37110                         )
                                              )
                                              )

ASCENSION SAINT THOMAS RUTHERFORD )
HOSPITAL )
1700 Medical Center Parkway )
Murfreesboro, TN 37129 )
)
ASCENSION SAINT THOMAS STONES RIVER )
324 Doolittle Road )
Woodbury, TN 37190 )
)
ASCENSION SAINT VINCENT CARMEL )
13500 North Meridian )
Carmel, IN 46032 )
)
ASCENSION SAINT VINCENT EVANSVILLE )
3700 Washington Avenue )
Evansville, IN 47750 )
)
ASCENSION SAINT VINCENT FISHERS )
13861 Olio Road )
Fishers, IN 46037 )
)
ASCENSION SAINT VINCENT HOSPITAL - )
INDIANAPOLIS )
2001 West 86th Street )
Indianapolis, IN 46260 )
)
ASCENSION SAINT VINCENT'S BIRMINGHAM )
810 Saint Vincent's Drive )
Birmingham, AL 35205 )
)
ASCENSION SAINT VINCENT'S CHILTON )
2030 Lay Dam Road )
Clanton, AL 35045 )
)
ASCENSION SAINT VINCENT'S ST. CLAIR )
7063 Veterans Parkway )
Pell City, AL 35125 )
)
ASCENSION SE WISCONSIN HOSPITAL - )
FRANKLIN CAMPUS )
10101 South 27th Street )
Franklin, WI 53132 )
)

4875-6565-0164v8

ASCENSION SE WISCONSIN HOSPITAL-ST.           )
JOSEPH CAMPUS                                  )
5000 West Chambers Street                      )
Milwaukee, WI 53210                            )
                                               )
ASCENSION SETON HAYS                           )
6001 Kyle Parkway                              )
Kyle, TX 78640                                 )
                                               )
ASCENSION SETON MEDICAL CENTER                 )
AUSTIN                                         )
1201 W. 38th Street                            )
Austin, TX 78705                               )
                                               )
ASCENSION SETON NORTHWEST HOSPITAL             )
11113 Research Boulevard                       )
Austin, TX 78759                               )
                                               )
ASCENSION SETON SMITHVILLE                     )
1201 Hill Road                                 )
Smithville, TX 78957                           )
                                               )
ASCENSION SETON SOUTHWEST HOSPITAL             )
7900 Farm to Market Road 1826                  )
Austin, TX 78737                               )
                                               )
ASCENSION SETON WILLIAMSON                     )
201 Seton Parkway                              )
Round Rock, TX 78665                           )
                                               )
ASCENSION ST. FRANCIS HOSPITAL                 )
3237 South 16th Street                         )
Milwaukee, WI 53215                            )
                                               )
ASCENSION JANE PHILLIPS MEDICAL                )
CENTER                                         )
3500 East Frank Phillips Boulevard             )
Bartlesville, OK 74006                         )
                                               )
ASCENSION ST. JOHN MEDICAL CENTER              )
1923 South Utica Avenue                        )
Tulsa, OK 74104                                )
                                               )

ASCENSION ST. JOHN OWASSO          )
12455 East 100th Street North      )
Owasso, OK 74055                   )
                                   )
ASCENSION ST. VINCENT ANDERSON     )
2015 Jackson Street                )
Anderson, IN 46016                 )
                                   )
ASCENSION ST. VINCENT KOKOMO       )
1907 West Sycamore Street          )
Kokomo, IN 46901                   )
                                   )
ASCENSION ST. VINCENT'S CLAY COUNTY )
HOSPITAL                           )
1670 St. Vincent's Way             )
Middleburg, FL 32068               )
                                   )
ASCENSION ST. VINCENT'S EAST       )
50 Medical Park East Drive         )
Birmingham, AL 35235               )
                                   )
ASCENSION ST. VINCENT'S RIVERSIDE  )
1 Shircliff Way                    )
Jacksonville, FL 32204             )
                                   )
ASCENSION ST. VINCENT'S SOUTHSIDE  )
HOSPITAL                           )
4201 Belfort Road                  )
Jacksonville, FL 32216             )
                                   )
ASCENSION VIA CHRISTI HOSPITAL IN  )
MANHATTAN                          )
1823 College Avenue                )
Manhattan, KS 66502                )
                                   )
ASCENSION VIA CHRISTI ST. FRANCIS  )
929 North Saint Francis            )
Wichita, KS 67214                  )
                                   )
ASCENSION VIA CHRISTI ST. TERESA   )
14800 West Saint Teresa            )
Wichita, KS 67235                  )
                                   )

8

ASPIRUS DIVINE SAVIOR HOSPITAL          )
2817 New Pinery Road                    )
Portage, WI 53901                       )
                                        )
ASPIRUS RHINELANDER HOSPITAL            )
2251 North Shore Drive                  )
Rhinelander, WI 54501                   )
                                        )
ASPIRUS RIVERVIEW HOSPITAL              )
410 Dewey Street                        )
Wisconsin Rapids, WI 54494              )
                                        )
ASPIRUS ST. LUKE'S HOSPITAL             )
915 East First Street                   )
Duluth, MN 55805                        )
                                        )
ASPIRUS STEVENS POINT HOSPITAL          )
900 Illinois Avenue                     )
Stevens Point, WI 54481                 )
                                        )
ASPIRUS WAUSAU HOSPITAL                 )
333 Pine Ridge Boulevard                )
Wausau, WI 54401                        )
                                        )
ATHENS-LIMESTONE HOSPITAL               )
700 West Market Street                  )
Athens, AL 35611                        )
                                        )
ATRIUM HEALTH ANSON                     )
2301 US-74                              )
Wadesboro, NC 28170                     )
                                        )
ATRIUM HEALTH CABARRUS                  )
920 Church Street N                     )
Concord, NC 28025                       )
                                        )
ATRIUM HEALTH CHEROKEE MEDICAL          )
CENTER                                  )
400 Northwood Drive                     )
Centre, AL 35960                        )
                                        )
                                        )
                                        )

9

ATRIUM HEALTH CLEVELAND                )
201 East Grover Street                  )
Shelby, NC 28150                        )
                                        )
ATRIUM HEALTH FLOYD MEDICAL CENTER      )
301 Turner McCall Boulevard             )
Rome, GA  30165                         )
                                        )
ATRIUM HEALTH LINCOLN                   )
433 McAlister Road                      )
Lincolnton, NC 28092                    )
                                        )
ATRIUM HEALTH NAVICENT BALDWIN          )
821 N. Cobb Street                      )
Milledgeville, GA 31061                 )
                                        )
ATRIUM HEALTH NAVICENT THE MEDICAL      )
CENTER                                  )
777 Hemlock Street                      )
Macon, GA 31201                         )
                                        )
ATRIUM HEALTH PINEVILLE                 )
10628 Park Road                         )
Charlotte, NC 28210                     )
                                        )
ATRIUM HEALTH STANLY                    )
301 Yadkin Street                       )
Albemarle, NC 28001                     )
                                        )
ATRIUM HEALTH UNION                     )
600 Hospital Drive                      )
Monroe, NC 28112                        )
                                        )
ATRIUM HEALTH UNIVERSITY CITY           )
8800 North Tryon Street                 )
Charlotte, NC 28262                     )
                                        )
ATRIUM HEALTH WAKE FOREST BAPTIST       )
MEDICAL CENTER                          )
1 Medical Center Boulevard              )
Winston-Salem, NC 27157                 )
                                        )
                                        )

4875-6565-0164v8

ATRIUM HEALTH WAKE FOREST BAPTIST    )
WILKES MEDICAL CENTER    )
1370 West D Street    )
North Wilkesboro, NC 28659    )
    )
ATRIUM MEDICAL CENTER    )
One Medical Center Drive    )
Middletown, OH 45005    )
    )
AULTMAN ALLIANCE COMMUNITY    )
HOSPITAL    )
200 East State Street    )
Alliance, OH 44601    )
    )
AULTMAN HOSPITAL    )
2600 6th Street, SW    )
Canton, OH  44710    )
    )
AURORA BAYCARE MEDICAL CENTER    )
2845 Greenbrier Road    )
Green Bay, WI 54311    )
    )
AURORA LAKELAND MEDICAL CENTER    )
W3985 County Road NN    )
Elkhorn, WI 53121    )
    )
AURORA MEDICAL CENTER - BURLINGTON    )
252 McHenry Street    )
Burlington, WI 53105    )
    )
AURORA MEDICAL CENTER - GRAFTON    )
975 Port Washington Road    )
Grafton, WI 53024    )
    )
AURORA MEDICAL CENTER - KENOSHA    )
10400 75th Street    )
Kenosha, WI 53142    )
    )
AURORA MEDICAL CENTER - MANITOWOC    )
COUNTY    )
5000 Memorial Drive    )
Two Rivers, WI 54241    )
    )

4875-6565-0164v8

AURORA MEDICAL CENTER - OSHKOSH )
855 North Westhaven Drive )
Oshkosh, WI 54904 )
)
AURORA MEDICAL CENTER - SHEBOYGAN )
COUNTY )
3400 Union Avenue )
Sheboygan, WI 53081 )
)
AURORA MEDICAL CENTER - SUMMIT )
36500 Aurora Drive )
Summit, WI 53066 )
)
AURORA MEDICAL CENTER - WASHINGTON )
COUNTY )
1032 East Sumner Street )
Hartford, WI 53027 )
)
AURORA ST. LUKE'S MEDICAL CENTER )
2900 West Oklahoma Avenue )
Milwaukee, WI 53215 )
)
AURORA WEST ALLIS MEDICAL CENTER )
8901 West Lincoln Avenue )
West Allis, WI 53227 )
)
AVERA HEART HOSPITAL )
4500 West 69th Street )
Sioux Falls, SD 57108 )
)
AVERA MCKENNAN HOSPITAL & )
UNIVERSITY HEALTH CENTER )
1325 South Cliff Avenue )
Sioux Falls, SD 57105 )
)
AVERA QUEEN OF PEACE HOSPITAL )
525 North Foster )
Mitchell, SD 57301 )
)
AVERA SACRED HEART HOSPITAL )
501 Summit Street )
Yankton, SD 57078 )
)

12

AVERA SAINT LUKE'S HOSPITAL                    )
305 South State Street                          )
Aberdeen, SD 57401                              )
                                                )
AVERA SAINT MARY'S HOSPITAL                    )
801 East Sioux Avenue                           )
Pierre, SD 57501                                )
                                                )
BAPTIST HEALTH CORBIN                          )
One Trillium Way                                )
Corbin, KY 40701                                )
                                                )
BAPTIST HEALTH DEACONESS                       )
MADISONVILLE                                    )
900 Hospital Drive                              )
Madisonville, KY 42431                          )
                                                )
BAPTIST HEALTH FLOYD                           )
1850 State Street                               )
New Albany, IN 47150                            )
                                                )
BAPTIST HEALTH HARDIN                          )
913 North Dixie Avenue                          )
Elizabethtown, KY 42701                         )
                                                )
BAPTIST HEALTH LAGRANGE                        )
1025 New Moody Lane                             )
La Grange, KY 40031                             )
                                                )
BAPTIST HEALTH LEXINGTON                       )
1740 Nicholasville Road                         )
Lexington, KY 40503                             )
                                                )
BAPTIST HEALTH LOUISVILLE                      )
4000 Kresge Way                                 )
Louisville, KY 40207                            )
                                                )
BAPTIST HEALTH MEDICAL CENTER -                )
CONWAY                                          )
1555 Exchange Avenue                            )
Conway, AR 72032                                )
                                                )
                                                )

BAPTIST HEALTH MEDICAL CENTER - HOT    )
SPRING COUNTY    )
1001 Schneider Drive    )
Malvern, AR 72104    )
    )
BAPTIST HEALTH MEDICAL CENTER -    )
NORTH LITTLE ROCK    )
3333 Springhill Drive    )
North Little Rock, AR 72117    )
    )
BAPTIST HEALTH MEDICAL CENTER -    )
STUTTGART    )
1703 North Buerkle Street    )
Stuttgart, AR 72160    )
    )
BAPTIST HEALTH MEDICAL CENTER- LITTLE    )
ROCK    )
9601 Baptist Health Drive    )
Little Rock, AR 72205    )
    )
BAPTIST HEALTH MEDICAL CENTER-DREW    )
COUNTY    )
778 Scogin Drive    )
Monticello, AR 71655    )
    )
BAPTIST HEALTH PADUCAH    )
2501 Kentucky Avenue    )
Paducah, KY 42003    )
    )
BAPTIST HEALTH RICHMOND    )
801 Eastern Bypass    )
Richmond, KY 40475    )
    )
BAPTIST HEALTH-FORT SMITH    )
1001 Towson Avenue    )
Fort Smith, AR 72901    )
    )
BAPTIST HEALTH-VAN BUREN    )
211 Crawford Memorial Drive    )
Van Buren, AR 72956    )
    )
    )
    )

4875-6565-0164v8

BAXTER HEALTH                                   )
624 Hospital Drive                              )
Mountain Home, AR 72653                         )
                                                )
BAYHEALTH HOSPITAL, KENT CAMPUS                 )
640 South State Street                          )
Dover, DE 19901                                 )
                                                )
BAYHEALTH HOSPITAL, SUSSEX CAMPUS               )
100 Wellness Way                                )
Milford, DE 19963                               )
                                                )
BECKLEY ARH HOSPITAL                            )
306 Stanaford Road                              )
Beckley, WV 25801                               )
                                                )
BEEBE HEALTHCARE                                )
424 Savannah Road                               )
Lewes, DE 19958                                 )
                                                )
BELOIT MEMORIAL HOSPITAL                        )
1969 West Hart Road                             )
Beloit, WI 53511                                )
                                                )
BETHESDA NORTH HOSPITAL                         )
10500 Montgomery Road                           )
Cincinnati, OH 45242                            )
                                                )
BLANCHARD VALLEY HOSPITAL                       )
1900 South Main Street                          )
Findlay, OH 45840                               )
                                                )
BLOUNT MEMORIAL HOSPITAL                        )
907 East Lamar Alexander Parkway                )
Maryville, TN 37804                             )
                                                )
BOCA RATON REGIONAL HOSPITAL                    )
800 Meadows Road                                )
Boca Raton, FL 33486                            )
                                                )
BON SECOURS SAINT FRANCIS HOSPITAL              )
2095 Henry Tecklenburg Drive                    )
Charleston, SC 29414                            )

4875-6565-0164v8

BOTHWELL REGIONAL HEALTH CENTER )
601 East 14th Street )
Sedalia, MO 65301 )
)
BRISTOL REGIONAL MEDICAL CENTER )
1 Medical Park Boulevard )
Bristol, TN 37620 )
)
BROCKTON HOSPITAL )
680 Centre Street )
Brockton, MA 02302 )
)
BROWARD HEALTH CORAL SPRINGS )
3000 Coral Hills Drive )
Coral Springs, FL 33065 )
)
BROWARD HEALTH IMPERIAL POINT )
6401 North Federal Highway )
Fort Lauderdale, FL 33308 )
)
BROWARD HEALTH MEDICAL CENTER )
1600 South Andrews Avenue )
Fort Lauderdale, FL 33316 )
)
BROWARD HEALTH NORTH )
201 East Sample Road )
Deerfield Beach, FL 33064 )
)
BRYAN EAST CAMPUS )
1600 South 48th Street )
Lincoln, NE 68506 )
)
BUTLER MEMORIAL HOSPITAL )
One Hospital Way )
Butler, PA 16001 )
)
CABELL HUNTINGTON HOSPITAL )
1340 Hal Greer Boulevard )
Huntington, WV 25701 )
)
)
)

4875-6565-0164v8

CAPITAL REGION MEDICAL CENTER    )
1125 Madison Street    )
Jefferson City, MO 65101    )
    )
CARLE BROMENN MEDICAL CENTER    )
1304 Franklin Avenue    )
Normal, IL 61761    )
    )
CARLE HEALTH METHODIST HOSPITAL    )
221 Northeast Glen Oak Avenue    )
Peoria, IL 61636    )
    )
CARLE HEALTH PEKIN HOSPITAL    )
600 South 13th Street    )
Pekin, IL 61554    )
    )
CARLE HEALTH PROCTOR HOSPITAL    )
5409 North Knoxville Avenue    )
Peoria, IL 61604    )
    )
CAROMONT REGIONAL MEDICAL CENTER -    )
GASTONIA    )
2525 Court Drive    )
Gastonia, NC 28054    )
    )
CARY MEDICAL CENTER    )
163 Van Buren Road    )
Caribou, ME 04736    )
    )
CENTRA BEDFORD MEMORIAL HOSPITAL    )
1613 Oakwood Street    )
Bedford, VA 24523    )
    )
CHESTER COUNTY HOSPITAL    )
701 East Marshall Street    )
West Chester, PA 19380    )
    )
CHILTON MEDICAL CENTER    )
97 West Parkway    )
Pompton Plains, NJ 07444    )
    )
    )
    )

4875-6565-0164v8

CHRISTUS GOOD SHEPHERD MEDICAL        )
CENTER – MARSHALL                     )
811 South Washington                  )
Marshall, TX 75670                    )
                                      )
CHRISTUS GOOD SHEPHERD MEDICAL        )
CENTER – LONGVIEW                     )
700 E. Marshall Avenue                )
Longview, TX 75601                    )
                                      )
CINCINNATI ORTHOPEDIC SURGERY         )
CENTER                                )
3155 Glendale Milford Road            )
Evandale, OH 45241                    )
                                      )
CLAY COUNTY HOSPITAL                  )
83825 Highway 9                       )
Ashland, AL 36251                     )
                                      )
COLUMBUS REGIONAL HOSPITAL            )
2400 East 17th Street                 )
Columbus, IN 47201                    )
                                      )
COLUMBUS REGIONAL HEALTHCARE          )
SYSTEM                                )
500 Jefferson Street                  )
Whiteville, NC 28472                  )
                                      )
COMANCHE COUNTY MEMORIAL HOSPITAL     )
3401 West Gore Boulevard              )
Lawton, OK 73505                      )
                                      )
COMMUNITY FAIRBANKS RECOVERY          )
CENTER                                )
8102 Clearvista Parkway               )
Indianapolis, IN 46256                )
                                      )
COMMUNITY HOSPITAL                    )
805 Friendship Road                   )
Tallassee, AL 36078                   )
                                      )
                                      )
                                      )

18

COMMUNITY HOSPITAL )
901 MacArthur Boulevard )
Munster, IN 46321 )
 )
COMMUNITY HOSPITAL ANDERSON )
1515 North Madison Avenue )
Anderson, IN 46011 )
 )
COMMUNITY HOSPITAL EAST )
1500 North Ritter Avenue )
Indianapolis, IN 46219 )
 )
COMMUNITY HOSPITAL NORTH )
7150 Clearvista Drive )
Indianapolis, IN 46256 )
 )
COMMUNITY HOSPITAL SOUTH )
1402 East County Line Road )
Indianapolis, IN 46227 )
 )
COMMUNITY HOWARD REGIONAL HEALTH )
3500 South Lafountain Street )
Kokomo, IN 46902 )
 )
CONE HEALTH ALAMANCE REGIONAL )
MEDICAL CENTER )
1240 Huffman Mill Road )
Burlington, NC 27215 )
 )
CONE HEALTH MOSES CONE HOSPITAL )
1200 North Elm Street )
Greensboro, NC 27401 )
 )
CONWAY REGIONAL MEDICAL CENTER )
2302 College Avenue )
Conway, AR 72034 )
 )
COOKEVILLE REGIONAL MEDICAL CENTER )
1 Medical Center Boulevard )
Cookeville, TN  38501 )
 )
 )
 )

19

COREWELL HEALTH BIG RAPIDS HOSPITAL    )
605 Oak Street    )
Big Rapids, MI 49307    )
    )
COREWELL HEALTH GREENVILLE HOSPITAL    )
615 South Bower Street    )
Greenville, MI 48838    )
    )
COREWELL HEALTH WATERVLIET HOSPITAL    )
400 Medical Park Drive    )
Watervliet, MI 49098    )
    )
COREWELL HEALTH ZEELAND HOSPITAL    )
8333 Felch Street    )
Zeeland, MI 49464    )
    )
COREWELL HEALTH BUTTERWORTH    )
HOSPITAL    )
100 Michigan Street Northeast    )
Grand Rapids, MI 49503    )
    )
D.W. MCMILLAN MEMORIAL HOSPITAL    )
1301 Belleville Avenue    )
Brewton, AL 36426    )
    )
DAY KIMBALL HOSPITAL    )
320 Pomfret Street    )
Putnam, CT 06260    )
    )
DEACONESS HENDERSON HOSPITAL    )
1305 North Elm Street    )
Henderson, KY 42420    )
    )
DEACONESS MIDTOWN HOSPITAL    )
600 Mary Street    )
Evansville, IN 47710    )
    )
DECATUR MORGAN HOSPITAL    )
1201 Seventh Street Southeast    )
Decatur, AL 35601    )
    )
    )
    )

20

DELL SETON MEDICAL CENTER AT THE                    )
UNIVERSITY OF TEXAS                                  )
1500 Red River Street                                )
Austin, TX 78701                                     )
                                                     )
DESOTO MEMORIAL HOSPITAL                             )
900 North Roberts Avenue                             )
Arcadia, FL 34266                                    )
                                                     )
EAMC - LANIER                                        )
4800 48th Street                                     )
Valley, AL 36854                                     )
                                                     )
EAST ALABAMA MEDICAL CENTER                          )
2000 Pepperell Parkway                               )
Opelika, AL 36801                                    )
                                                     )
EAST JEFFERSON GENERAL HOSPITAL                      )
4200 Houma Boulevard                                 )
Metairie, LA 70006                                   )
                                                     )
ECU HEALTH BEAUFORT HOSPITAL                         )
628 East 12th Street                                 )
Washington, NC 27889                                 )
                                                     )
ECU HEALTH DUPLIN HOSPITAL                           )
401 North Main Street                                )
Kenansville, NC 28349                                )
                                                     )
ECU HEALTH EDGECOMBE HOSPITAL                        )
111 Hospital Drive                                   )
Tarboro, NC 27886                                    )
                                                     )
ECU HEALTH MEDICAL CENTER                            )
2100 Stantonsburg Road                               )
Greenville, NC 27835                                 )
                                                     )
ECU HEALTH NORTH HOSPITAL                            )
250 Smith Church Road                                )
Roanoke Rapids, NC 27870                             )
                                                     )
                                                     )
                                                     )

4875-6565-0164v8

ECU HEALTH ROANOKE-CHOWAN                )
HOSPITAL                                                         )
500 South Academy Street                             )
Ahoskie, NC 27910                                         )
                                                                       )
EDWARD HOSPITAL                                     )
801 South Washington Street                         )
Naperville, IL 60540                                       )
                                                                       )
EISENHOWER MEDICAL CENTER              )
39000 Bob Hope Drive                                   )
Rancho Mirage, CA 92270                             )
                                                                       )
ELKHART GENERAL HOSPITAL                )
600 East Boulevard                                         )
Elkhart, IN 46514                                           )
                                                                       )
ELMHURST HOSPITAL                              )
155 East Brush Hill Road                               )
Elmhurst, IL 60126                                         )
                                                                       )
EPHRAIM MCDOWELL REGIONAL MEDICAL    )
CENTER                                                           )
217 South Third Street                                    )
Danville, KY 40422                                        )
                                                                       )
EVANSTON HOSPITAL                             )
2650 Ridge Avenue                                         )
Evanston, IL 60201                                        )
                                                                       )
FAIRFIELD MEDICAL CENTER                 )
401 North Ewing Street                                  )
Lancaster, OH 43130                                      )
                                                                       )
FIRELANDS REGIONAL MEDICAL CENTER   )
MAIN CAMPUS                                             )
1111 Hayes Avenue                                         )
Sandusky, OH 44870                                      )
                                                                       )
FISHER-TITUS MEDICAL CENTER            )
272 Benedict Avenue                                      )
Norwalk, OH 44857                                        )
                                                                       )

FORREST GENERAL HOSPITAL )
6051 U.S. Highway 49 )
Hattiesburg, MS 39401 )
)
FRANCISCAN HEALTH CARMEL )
12188-B North Meridian Street )
Carmel, IN 46032 )
)
FRANCISCAN HEALTH CRAWFORDSVILLE )
1710 Lafayette Road )
Crawfordsville, IN 47933 )
)
FRANCISCAN HEALTH CROWN POINT )
12750 Saint Francis Drive )
Crown Point, IN 46307 )
)
FRANCISCAN HEALTH DYER CAMPUS )
24 Joliet Street )
Dyer, IN 46311 )
)
FRANCISCAN HEALTH HAMMOND )
5454 Hohman Avenue )
Hammond, IN 46320 )
)
FRANCISCAN HEALTH INDIANAPOLIS )
8111 South Emerson Avenue )
Indianapolis, IN 46237 )
)
FRANCISCAN HEALTH LAFAYETTE EAST )
1701 South Creasy Lane )
Lafayette, IN 47905 )
)
FRANCISCAN HEALTH MICHIGAN CITY )
3500 Franciscan Way )
Michigan City, IN 46360 )
)
FRANCISCAN HEALTH MICHIGAN CITY AT )
LAPORTE )
1010 West State Road 2 )
La Porte, IN 46350 )
)
)
)

FRANCISCAN HEALTH MOORESVILLE    )
CAMPUS    )
1201 Hadley Road    )
Mooresville, IN 46158    )
    )
FRANCISCAN HEALTH MUNSTER    )
701 Superior Avenue    )
Munster, IN 46321    )
    )
FRANCISCAN HEALTH OLYMPIA FIELDS    )
20201 South Crawford Avenue    )
Olympia Fields, IL 60461    )
    )
FRANCISCAN HEALTH ORTHOPEDIC    )
HOSPITAL CARMEL    )
10777 Illinois Street    )
Carmel, IN 46032    )
    )
FRANKLIN WOODS COMMUNITY HOSPITAL    )
300 MedTech Parkway    )
Johnson City, TN 37604    )
    )
FROEDTERT HOSPITAL    )
9200 West Wisconsin Avenue    )
Milwaukee, WI 53226    )
    )
FROEDTERT MENOMONEE FALLS HOSPITAL    )
W180 N8085 Town Hall Road    )
Menomonee Falls, WI 53051    )
    )
FROEDTERT PLEASANT PRAIRIE HOSPITAL    )
9555 76th Street    )
Pleasant Prairie, WI 53158    )
    )
FROEDTERT WEST BEND HOSPITAL    )
3200 Pleasant Valley Road    )
West Bend, WI 53095    )
    )
GOOD SAMARITAN HOSPITAL    )
520 South Seventh Street    )
Vincennes, IN 47591    )
    )
    )

GOOD SAMARITAN HOSPITAL )
2222 Philadelphia Drive )
Dayton, OH 45406 )
)
GOOD SAMARITAN HOSPITAL )
375 Dixmyth Avenue )
Cincinnati, OH 45220 )
)
GREAT RIVER MEDICAL CENTER )
1520 North Division Street )
Blytheville, AR 72315 )
)
GREENEVILLE COMMUNITY HOSPITAL )
f/k/a Takoma Regional  Hospital )
1420 Tusculum Boulevard )
Greeneville, TN 37745 )
)
GREENEVILLE COMMUNITY HOSPITAL )
f/k/a Laughlin Memorial Hospital )
1420 Tusculum Boulevard )
Greeneville, TN 37745 )
)
GREENWOOD LEFLORE HOSPITAL )
1401 River Road )
Greenwood, MS 38930 )
)
GUNDERSEN LUTHERAN MEDICAL CENTER )
1900 South Avenue )
La Crosse, WI 54601 )
)
GUTHRIE LOURDES HOSPITAL )
169 Riverside Drive )
Binghamton, NY 13905 )
)
HACKETTSTOWN MEDICAL CENTER )
651 Willow Grove Street )
Hackettstown, NJ 07840 )
)
HAMILTON MEDICAL CENTER )
1200 Memorial Drive )
Dalton, GA 30720 )
)
)

25

HANCOCK REGIONAL HOSPITAL )
801 North State Street )
Greenfield, IN 46140 )
)
HARDIN MEDICAL CENTER )
935 Wayne Road )
Savannah, TN 38372 )
)
HARLAN ARH HOSPITAL )
81 Ball Park Road )
Harlan, KY 40831 )
)
HAWKINS COUNTY MEMORIAL HOSPITAL )
851 Locust Street )
Rogersville, TN 37857 )
)
HAZARD ARH REGIONAL MEDICAL CENTER )
100 Medical Center Drive )
Hazard, KY 41701 )
)
HELEN KELLER HOSPITAL )
1300 South Montgomery Avenue )
Sheffield, AL 35660 )
)
HENRY COMMUNITY HEALTH )
1000 North 16th Street )
New Castle, IN 47362 )
)
HH LINCOLN HEALTH )
106 Medical Center Boulevard )
Fayetteville, TN 37334 )
)
HIGH POINT MEDICAL CENTER )
601 North Elm Street )
High Point, NC 27262 )
)
HIGHLAND COMMUNITY HOSPITAL )
130 Highland Parkway )
Picayune, MS 39466 )
)
)
)
)

26

HIGHLANDS ARH REGIONAL MEDICAL )
CENTER )
5000 Kentucky Route 321 )
Prestonsburg, KY 41653 )
)
HIGHLANDS MEDICAL CENTER )
380 Woods Cove Road )
Scottsboro, AL 35768 )
)
HILLSDALE HOSPITAL )
168 South Howell Street )
Hillsdale, MI 49242 )
)
HOLSTON VALLEY MEDICAL CENTER )
130 West Ravine Road )
Kingsport, TN 37660 )
)
HOLY FAMILY MEMORIAL MEDICAL CENTER )
2300 Western Avenue )
Manitowoc, WI 54221 )
)
HOSPITAL OF THE UNIVERSITY OF )
PENNSYLVANIA )
3400 Spruce Street )
Philadelphia, PA 19104 )
)
HOWARD YOUNG MEDICAL CENTER )
240 Maple Street )
Woodruff, WI 54568 )
)
HUNTSVILLE HOSPITAL )
101 Sivley Road )
Huntsville, AL 35801 )
)
INDIAN PATH COMMUNITY HOSPITAL )
2000 Brookside Drive )
Kingsport, TN 37660 )
)
INTEGRIS BAPTIST MEDICAL CENTER )
3300 Northwest Expressway )
Oklahoma City, OK 73112 )
)
)

INTEGRIS CANADIAN VALLEY HOSPITAL )
1201 Health Center Parkway )
Yukon, OK 73099 )
)
INTEGRIS HEALTH EDMOND HOSPITAL )
4801 INTEGRIS Parkway )
Edmond, OK 73034 )
)
INTEGRIS HEALTH ENID HOSPITAL )
600 South Monroe )
Enid, OK 73701 )
)
INTEGRIS HEALTH GROVE HOSPITAL )
1001 East 18th Street )
Grove, OK 74344 )
)
INTEGRIS HOSPITAL IN MIAMI )
200 Second Avenue Southwest )
Miami, OK 74354 )
)
INTEGRIS SOUTHWEST MEDICAL CENTER )
4401 South Western Avenue )
Oklahoma City, OK 73109 )
)
IU HEALTH ARNETT HOSPITAL )
5165 McCarty Lane )
Lafayette, IN 47905 )
)
IU HEALTH BALL MEMORIAL HOSPITAL )
2401 West University Avenue )
Muncie, IN 47303 )
)
IU HEALTH BLOOMINGTON HOSPITAL )
2651 East Discovery Parkway )
Bloomington, IN 47408 )
)
IU HEALTH METHODIST UNIVERSITY )
1701 North Senate Blvd )
Indianapolis, IN 46202 )
)
IU HEALTH NORTH HOSPITAL )
11700 North Meridian Street )
Carmel, IN 46032 )

4875-6565-0164v8

IU HEALTH WEST HOSPITAL )
1111 North Ronald Reagan Parkway )
Avon, IN 46123 )
)
JACKSON HOSPITAL )
4250 Hospital Drive )
Marianna, FL 32446 )
)
JEFFERSON EINSTEIN HOSPITAL )
5501 Old York Road )
Philadelphia, PA 19141 )
)
JEFFERSON EINSTEIN MONTGOMERY )
HOSPITAL )
559 West Germantown Pike )
East Norriton, PA 19403 )
)
JEFFERSON REGIONAL MEDICAL CENTER )
1600 W 40th Avenue )
Pine Bluff, AR 71603 )
)
JOHNSON CITY MEDICAL CENTER )
400 North State of Franklin Road )
Johnson City, TN 37604 )
)
JOHNSON MEMORIAL HEALTH )
1125 West Jefferson Street )
Franklin, IN 46131 )
)
JOHNSTON MEMORIAL HOSPITAL )
16000 Johnston Memorial Drive )
Abingdon, VA 24211 )
)
JOINT TOWNSHIP DISTRICT MEMORIAL )
HOSPITAL )
200 Saint Clair Street )
Saint Marys, OH 45885 )
)
KARMANOS CANCER HOSPITAL )
4100 John R Street )
Detroit, MI 48201 )
)

4875-6565-0164v8

LAFAYETTE SURGICAL SPECIALTY HOSPITAL  )
1101 Kaliste Saloom Road  )
Lafayette, LA 70508  )
  )
LAKELAND REGIONAL HEALTH MEDICAL  )
CENTER  )
1324 Lakeland Hills Boulevard  )
Lakeland, FL 33805  )
  )
LANCASTER GENERAL HOSPITAL  )
555 North Duke Street  )
Lancaster, PA 17602  )
  )
LAWRENCE MEDICAL CENTER  )
202 Hospital Street  )
Moulton, AL 35650  )
  )
LEHIGH VALLEY HEALTH NETWORK  )
1503 North Cedar Crest Boulevard  )
Allentown, PA 18104  )
  )
LEHIGH VALLEY HEALTH NETWORK -  )
HIGHLAND AVENUE  )
2310 Highland Avenue  )
Bethlehem, PA 18020  )
  )
LEHIGH VALLEY HOSPITAL - CEDAR CREST  )
1200 South Cedar Crest Boulevard  )
Allentown, PA 18103  )
  )
LEHIGH VALLEY HOSPITAL - DICKSON CITY  )
334 Main Street  )
Dickson City, PA 18519  )
  )
LEHIGH VALLEY HOSPITAL - MUHLENBERG  )
2545 Schoenersville Road  )
Bethlehem, PA 18017  )
  )
LEHIGH VALLEY HOSPITAL - POCONO  )
206 East Brown Street  )
East Stroudsburg, PA 18301  )
  )
  )

LEHIGH VALLEY HOSPITAL - SCHUYLKILL E.    )
NORWEGIAN STREET    )
700 East Norwegian Street    )
Pottsville, PA 17901    )
    )
LEHIGH VALLEY HOSPITAL-HAZLETON    )
700 East Broad Street    )
Hazleton, PA 18201    )
    )
LEHIGH VALLEY HOSPITAL-SCHUYLKILL S.    )
JACKSON STREET    )
420 South Jackson Street    )
Pottsville, PA 17901    )
    )
LEXINGTON MEDICAL CENTER    )
2720 Sunset Boulevard    )
West Columbia, SC 29169    )
    )
LIBERTY HOSPITAL    )
2525 Glenn Hendren Drive    )
Liberty, MO 64068    )
    )
LONESOME PINE HOSPITAL    )
1990 Holton Avenue    )
Big Stone Gap, VA 24219    )
    )
MADISON HEALTH    )
210 North Main Street    )
London, OH 43140    )
    )
MARIETTA MEMORIAL HOSPITAL    )
401 Matthew Street    )
Marietta, OH 45750    )
    )
MARION GENERAL HOSPITAL    )
441 North Wabash Avenue    )
Marion, IN 46952    )
    )
MARSHALL MEDICAL CENTER SOUTH    )
2505 US Highway 431    )
Boaz, AL 35957    )
    )
    )

MARSHFIELD MEDICAL CENTER - BEAVER    )
DAM                                   )
707 South University Avenue           )
Beaver Dam, WI 53916                  )
                                      )
MARSHFIELD MEDICAL CENTER - WESTON    )
3400 Ministry Parkway                 )
Weston, WI 54476                      )
                                      )
MARY GREELEY MEDICAL CENTER           )
1111 Duff Avenue                      )
Ames, IA 50010                        )
                                      )
MATAGORDA REGIONAL MEDICAL CENTER     )
104 Seventh Street                    )
Bay City, TX 77414                    )
                                      )
MAURY REGIONAL MEDICAL CENTER         )
1224 Trotwood Avenue                  )
Columbia, TN 38401                    )
                                      )
MCBRIDE ORTHOPEDIC HOSPITAL           )
9600 Broadway Extension               )
Oklahoma City, OK 73114               )
                                      )
MCCULLOUGH-HYDE MEMORIAL HOSPITAL     )
110 North Poplar Street               )
Oxford, OH 45056                      )
                                      )
MCLAREN BAY REGION                    )
1900 Columbus Avenue                  )
Bay City, MI 48708                    )
                                      )
MCLAREN CENTRAL MICHIGAN              )
1221 South Drive                      )
Mount Pleasant, MI 48858              )
                                      )
MCLAREN FLINT HOSPITAL                )
401 South Ballenger Highway           )
Flint, MI 48532                       )
                                      )
                                      )
                                      )

MCLAREN GREATER LANSING                    )
2900 Collins Road                          )
Lansing, MI 48910                          )
                                           )
MCLAREN LAPEER REGION HOSPITAL             )
1375 North Main Street                     )
Lapeer, MI 48446                           )
                                           )
MCLAREN MACOMB HOSPITAL                     )
1000 Harrington Boulevard                  )
Mount Clemens, MI 48043                    )
                                           )
MCLAREN NORTHERN MICHIGAN                   )
416 Connable Avenue                        )
Petoskey, MI 49770                         )
                                           )
MCLAREN OAKLAND                             )
50 North Perry Street                      )
Pontiac, MI 48342                          )
                                           )
MCLAREN PORT HURON HOSPITAL                 )
1221 Pine Grove Avenue                     )
Port Huron, MI 48060                       )
                                           )
MCLAREN SAINT LUKE'S HOSPITAL               )
5901 Monclova Road                         )
Maumee, OH 43537                           )
                                           )
MEMORIAL HEALTHCARE                         )
826 West King Street                       )
Owosso, MI 48867                           )
                                           )
MEMORIAL HOSPITAL                           )
615 North Michigan Street                  )
South Bend, IN 46601                       )
                                           )
MEMORIAL HOSPITAL GULFPORT                  )
4500 Thirteenth Street                     )
Gulfport, MS 39501                         )
                                           )
                                           )
                                           )
                                           )

33

MERCER COUNTY COMMUNITY HOSPITAL -    )
COLDWATER    )
800 West Main Street    )
Coldwater, OH 45828    )
    )
MERCY HOSPITAL ADA    )
430 North Monta Vista    )
Ada, OK 74820    )
    )
MERCY HOSPITAL ARDMORE    )
1011 14th Avenue Northwest    )
Ardmore, OK 73401    )
    )
MERCY HOSPITAL FORT SMITH    )
7301 Rogers Avenue    )
Fort Smith, AR 72903    )
    )
MERCY HOSPITAL JEFFERSON    )
1400 U.S. Highway 61 South    )
Festus, MO 63019    )
    )
MERCY HOSPITAL JOPLIN    )
100 Mercy Way    )
Joplin, MO 64804    )
    )
MERCY HOSPITAL LEBANON    )
100 Hospital Drive    )
Lebanon, MO 65536    )
    )
MERCY HOSPITAL NORTHWEST ARKANSAS    )
2710 South Rife Medical Lane    )
Rogers, AR 72758    )
    )
MERCY HOSPITAL OKLAHOMA CITY    )
4300 West Memorial Road    )
Oklahoma City, OK 73120    )
    )
MERCY HOSPITAL PITTSBURG    )
1 Mount Carmel Way    )
Pittsburg, KS 66762    )
    )
    )
    )

MERCY HOSPITAL SAINT LOUIS )
615 South New Ballas Road )
Saint Louis, MO 63141 )
)
MERCY HOSPITAL SOUTH )
10010 Kennerly Road )
Saint Louis, MO 63128 )
)
MERCY HOSPITAL SPRINGFIELD )
1235 East Cherokee Street )
Springfield, MO 65804 )
)
MERCY HOSPITAL WASHINGTON )
901 East Fifth Street )
Washington, MO 63090 )
)
MERCY MEDICAL CENTER )
701 Tenth Street Southeast )
Cedar Rapids, IA 52403 )
)
METHODIST HOSPITAL )
8303 Dodge Street )
Omaha, NE 68114 )
)
METHODIST JENNIE EDMUNDSON HOSPITAL )
933 East Pierce Street )
Council Bluffs, IA 51503 )
)
METROHEALTH MAIN CAMPUS MEDICAL )
CENTER )
2500 MetroHealth Drive )
Cleveland, OH 44109 )
)
MHP MEDICAL CENTER )
2451 Intelliplex Drive )
Shelbyville, IN 46176 )
)
MIAMI VALLEY HOSPITAL )
One Wyoming Street )
Dayton, OH 45409 )
)
)
)

35

MIDDLESBORO ARH HOSPITAL )
3600 West Cumberland Avenue )
Middlesboro, KY 40965 )
)
MIDWEST ORTHOPEDIC SPECIALTY )
HOSPITAL )
10101 South 27th Street, Second Floor )
Franklin, WI 53132 )
)
MILLCREEK COMMUNITY HOSPITAL )
5515 Peach Street )
Erie, PA 16509 )
)
MILTON S. HERSHEY MEDICAL CENTER )
500 University Drive )
Hershey, PA 17033 )
)
MIZELL MEMORIAL HOSPITAL )
702 North Main Street )
Opp, AL 36467 )
)
MONROE COUNTY MEDICAL CENTER )
529 Capp Harlan Road )
Tompkinsville, KY 42167 )
)
MORRISTOWN MEDICAL CENTER )
100 Madison Avenue )
Morristown, NJ 07960 )
)
MYMICHIGAN MEDICAL CENTER SAGINAW )
800 South Washington Avenue )
Saginaw, MI 48601 )
)
MYMICHIGAN MEDICAL CENTER TAWAS )
200 Hemlock Road )
Tawas City, MI  48763 )
)
NEW ORLEANS EAST HOSPITAL )
5620 Read Boulevard )
New Orleans, LA 70127 )
)
)
)

36

NEWTON MEDICAL CENTER                                    )
175 High Street                                          )
Newton, NJ 07860                                         )
                                                         )
NORTH KANSAS CITY HOSPITAL                               )
2800 Clay Edwards Drive                                  )
North Kansas City, MO 64116                              )
                                                         )
NORTH MISSISSIPPI MEDICAL CENTER -                       )
EUPORA                                                   )
70 Medical Plaza                                         )
Eupora, MS 39744                                         )
                                                         )
NORTH MISSISSIPPI MEDICAL CENTER -                       )
HAMILTON                                                 )
1256 Military Street South                               )
Hamilton, AL 35570                                       )
                                                         )
NORTH MISSISSIPPI MEDICAL CENTER - IUKA                  )
1777 Curtis Drive                                        )
Iuka, MS 38852                                           )
                                                         )
NORTH MISSISSIPPI MEDICAL CENTER -                       )
TUPELO                                                   )
830 South Gloster Street                                 )
Tupelo, MS 38801                                         )
                                                         )
NORTH MISSISSIPPI MEDICAL CENTER -                       )
WEST POINT                                               )
150 Medical Center Drive                                 )
West Point, MS 39773                                     )
                                                         )
NORTH MISSISSIPPI MEDICAL CENTER                         )
GILMORE - AMORY                                          )
1105 Earl Frye Boulevard                                 )
Amory, MS 38821                                          )
                                                         )
NORTHSIDE HOSPITAL GWINNETT                              )
1000 Medical Center Boulevard                            )
Lawrenceville, GA 30046                                  )
                                                         )
                                                         )
                                                         )

4875-6565-0164v8

NORTHWEST COMMUNITY HOSPITAL                )
800 West Central Road                                      )
Arlington Heights, IL 60005                              )
                                                                         )
NORTON COMMUNITY HOSPITAL                 )
100 15th Street Northwest                                 )
Norton, VA 24273                                            )
                                                                         )
NORTON HOSPITAL                                       )
200 East Chestnut Street                                  )
Louisville, KY 40202                                       )
                                                                         )
OCH REGIONAL MEDICAL CENTER            )
400 Hospital Road                                          )
Starkville, MS 39759                                       )
                                                                         )
OCHSNER RUSH MEDICAL CENTER             )
1314 19th Avenue                                            )
Meridian, MS 39301                                        )
                                                                         )
OHIO STATE UNIVERSITY WEXNER MEDICAL    )
CENTER                                                          )
410 West Tenth Avenue                                    )
Columbus, OH 43210                                       )
                                                                         )
OHIOHEALTH BERGER HOSPITAL               )
600 North Pickaway Street                               )
Circleville, OH 43113                                      )
                                                                         )
ORTHOINDY NORTHWEST HOSPITAL          )
8400 Northwest Boulevard                               )
Indianapolis, IN 46278                                    )
                                                                         )
OSF HEART OF MARY MEDICAL CENTER      )
1400 West Park Street                                      )
Urbana, IL 61801                                           )
                                                                         )
OSF SACRED HEART MEDICAL CENTER        )
812 North Logan Avenue                                  )
Danville, IL 61832                                          )
                                                                         )
                                                                         )
                                                                         )

38

OSF SAINT KATHARINE MEDICAL CENTER    )
403 East First Street    )
Dixon, IL 61021    )
    )
OVERLOOK MEDICAL CENTER    )
99 Beauvoir Avenue    )
Summit, NJ 07902    )
    )
PARKLAND HOSPITAL    )
5200 Harry Hines Boulevard    )
Dallas, TX 75235    )
    )
PARKVIEW DEKALB HOSPITAL    )
1316 East Seventh Street    )
Auburn, IN 46706    )
    )
PARKVIEW HUNTINGTON HOSPITAL    )
2001 Stults Road    )
Huntington, IN 46750    )
    )
PARKVIEW MEDICAL CENTER    )
400 West Sixteenth Street    )
Pueblo, CO 81003    )
    )
PARKVIEW NOBLE HOSPITAL    )
401 Sawyer Road    )
Kendallville, IN 46755    )
    )
PARKVIEW ORTHO HOSPITAL    )
11130 Parkview Plaza Drive    )
Fort Wayne, IN 46845    )
    )
PARKVIEW REGIONAL MEDICAL CENTER    )
11109 Parkview Plaza Drive    )
Fort Wayne, IN 46845    )
    )
PARKVIEW WHITLEY HOSPITAL    )
1260 East State Road 205    )
Columbia City, IN 46725    )
    )
    )
    )
    )

4875-6565-0164v8

PEACEHEALTH SACRED HEART MEDICAL          )
CENTER AT RIVERBEND                        )
3333 Riverbend Drive                       )
Springfield, OR 97477                      )
                                           )
PEACEHEALTH SAINT JOHN MEDICAL             )
CENTER                                     )
1615 Delaware Street                       )
Longview, WA 98632                         )
                                           )
PEACEHEALTH SOUTHWEST MEDICAL              )
CENTER                                     )
400 Northeast Mother Joseph Place          )
Vancouver, WA 98664                        )
                                           )
PENN PRESBYTERIAN MEDICAL CENTER           )
51 North 39th Street                       )
Philadelphia, PA 19104                     )
                                           )
PENN STATE HEALTH HAMPDEN MEDICAL          )
CENTER                                     )
2200 Good Hope Road                        )
Enola, PA 17025                            )
                                           )
PENN STATE HEALTH HOLY SPIRIT MEDICAL      )
CENTER                                     )
503 North 21st Street                      )
Camp Hill, PA 17011                        )
                                           )
PENN STATE HEALTH ST. JOSEPH MEDICAL       )
CENTER                                     )
2500 Bernville Road                        )
Reading, PA 19605                          )
                                           )
PENNSYLVANIA HOSPITAL                      )
800 Spruce Street                          )
Philadelphia, PA 19107                     )
                                           )
PRINCETON MEDICAL CENTER                   )
One Plainsboro Road                        )
Plainsboro, NJ 08536                       )
                                           )
                                           )

4875-6565-0164v8

PRISMA HEALTH BAPTIST EASLEY HOSPITAL      )
200 Fleetwood Drive                                             )
Easley, SC 29640                                                )
                                                                       )
PRISMA HEALTH BAPTIST HOSPITAL              )
Taylor at Marion Streets                                    )
Columbia, SC 29220                                          )
                                                                       )
PRISMA HEALTH BAPTIST PARKRIDGE            )
HOSPITAL                                                          )
400 Palmetto Health Parkway                              )
Columbia, SC 29212                                          )
                                                                       )
PRISMA HEALTH GREENVILLE MEMORIAL        )
HOSPITAL                                                          )
701 Grove Road                                                  )
Greenville, SC 29605                                         )
                                                                       )
PRISMA HEALTH GREER MEMORIAL                )
HOSPITAL                                                          )
830 South Buncombe Road                                  )
Greer, SC 29650                                                )
                                                                       )
PRISMA HEALTH HILLCREST HOSPITAL           )
729 Southeast Main Street                                   )
Simpsonville, SC 29681                                     )
                                                                       )
PRISMA HEALTH PATEWOOD HOSPITAL         )
175 Patewood Drive                                            )
Greenville, SC 29615                                         )
                                                                       )
PRISMA HEALTH RICHLAND HOSPITAL          )
5 Richland Medical Park Drive                             )
Columbia, SC 29203                                          )
                                                                       )
PRISMA HEALTH TUOMEY HOSPITAL             )
129 North Washington Street                                )
Sumter, SC 29150                                              )
                                                                       )
PROGRESSIVE HEALTH OF HOUSTON             )
1002 East Madison Street                                    )
Houston, MS 38851                                           )
                                                                       )

41

PROHEALTH OCONOMOWOC MEMORIAL       )
HOSPITAL                            )
791 Summit Avenue                   )
Oconomowoc, WI 53066                )
                                    )
PROHEALTH WAUKESHA MEMORIAL         )
HOSPITAL                            )
725 American Avenue                 )
Waukesha, WI 53188                  )
                                    )
PROVIDENCE HOSPITAL                 )
1150 Varnum Street, Northeast       )
Washington, DC 20017                )
                                    )
PUNXSUTAWNEY AREA HOSPITAL          )
81 Hillcrest Drive                  )
Punxsutawney, PA 15767              )
                                    )
RANDOLPH HEALTH                     )
364 White Oak Street                )
Asheboro, NC 27204                  )
                                    )
RIVERVIEW HEALTH NOBLESVILLE        )
HOSPITAL                            )
395 Westfield Road                  )
Noblesville, IN 46060               )
                                    )
RMC ANNISTON                        )
400 East Tenth Street               )
Anniston, AL 36207                  )
                                    )
ROPER HOSPITAL                      )
316 Calhoun Street                  )
Charleston, SC 29401                )
                                    )
ROPER ST. FRANCIS BERKELEY HOSPITAL )
100 Callen Boulevard                )
Summerville, SC 29486               )
                                    )
ROPER ST. FRANCIS MOUNT PLEASANT    )
HOSPITAL                            )
3500 Highway 17 North               )
Mount Pleasant, SC 29466            )

4875-6565-0164v8

RUSH COPLEY MEDICAL CENTER )
2000 Ogden Avenue )
Aurora, IL 60504 )
)
RUSH OAK PARK HOSPITAL )
520 South Maple Avenue )
Oak Park, IL 60304 )
)
RUSH UNIVERSITY MEDICAL CENTER )
1620 West Harrison Street )
Chicago, IL 60612 )
)
RUSSELL COUNTY HOSPITAL )
58 Carroll Street )
Lebanon, VA 24266 )
)
RUTHERFORD REGIONAL HEALTH SYSTEM )
288 South Ridgecrest Street )
Rutherfordton, NC 28139 )
)
SACRED HEART MEDICAL CENTER )
UNIVERSITY DISTRICT )
1255 Hilyard Street )
Eugene, OR 97401 )
)
SAINT BERNARD HOSPITAL AND HEALTH )
CARE CENTER )
326 West 64th Street )
Chicago, IL 60621 )
)
SAINT CATHERINE HOSPITAL )
4321 Fir Street )
East Chicago, IN 46312 )
)
SAINT DOMINIC HOSPITAL )
969 Lakeland Drive )
Jackson, MS 39216 )
)
SAINT FRANCIS MEDICAL CENTER )
211 Saint Francis Drive )
Cape Girardeau, MO 63703 )
)

SAINT MARY MEDICAL CENTER                           )
1500 South Lake Park Avenue                          )
Hobart, IN 46342                                    )
                                                    )
SAINT MARY'S MEDICAL CENTER                         )
2900 First Avenue                                   )
Huntington, WV 25702                                )
                                                    )
SAINT PETER'S UNIVERSITY HOSPITAL                   )
254 Easton Avenue                                   )
New Brunswick, NJ 08901                             )
                                                    )
SAINT TAMMANY PARISH HOSPITAL                       )
1202 South Tyler Street                             )
Covington, LA 70433                                 )
                                                    )
SAINT VINCENT'S MEDICAL CENTER                      )
2800 Main Street                                    )
Bridgeport, CT 06606                                )
                                                    )
SALEM REGIONAL MEDICAL CENTER                       )
1995 East State Street                              )
Salem, OH 44460                                     )
                                                    )
SANFORD ABERDEEN MEDICAL CENTER                     )
2905 3rd Avenue SE                                  )
Aberdeen, SD 57401                                  )
                                                    )
SANFORD BEMIDJI MEDICAL CENTER                      )
1300 Anne Street Northwest                          )
Bemidji, MN 56601                                   )
                                                    )
SANFORD MEDICAL CENTER - BISMARCK                   )
300 North Seventh Street                            )
Bismarck, ND 58501                                  )
                                                    )
SANFORD MEDICAL CENTER FARGO                        )
5225 23rd Avenue South                              )
Fargo, ND 58104                                     )
                                                    )
SANFORD USD MEDICAL CENTER                          )
1305 West 18th Street                               )
Sioux Falls, SD 57105                               )

44

SARASOTA MEMORIAL HEALTH CARE )
CENTER )
1700 South Tamiami Trail )
Sarasota, FL 34239 )
)
SCHNECK MEDICAL CENTER )
411 West Tipton Street )
Seymour, IN 47274 )
)
SCOTLAND MEMORIAL HOSPITAL )
500 Lauchwood Drive )
Laurinburg, NC 28352 )
)
SHORE MEDICAL CENTER )
100 Medical Center Way )
Somers Point, NJ 08244 )
)
SIDNEY AND LOIS ESKENAZI HOSPITAL )
720 Eskenazi Avenue )
Indianapolis, IN 46202 )
)
SIH HERRIN HOSPITAL )
201 South 14th Street )
Herrin, IL 62948 )
)
SIH MEMORIAL HOSPITAL OF CARBONDALE )
405 West Jackson Street )
Carbondale, IL 62902 )
)
SKOKIE HOSPITAL )
9600 Gross Point Road )
Skokie, IL 60076 )
)
SMYTH COUNTY COMMUNITY HOSPITAL )
245 Medical Park Drive )
Marion, VA 24354 )
)
SOUTH COUNTY HEALTH )
100 Kenyon Avenue )
Wakefield, RI 02879 )
)
)

SOUTH SHORE HOSPITAL                              )
55 Fogg Road at Route 18                          )
South Weymouth, MA 02190                          )
                                                  )
SOUTHEAST IOWA REGIONAL MEDICAL                   )
CENTER, WEST BURLINGTON CAMPUS                    )
1221 South Gear Avenue                            )
West Burlington, IA 52655                         )
                                                  )
SOUTHEAST KANSAS SPECIALTY HOSPITAL               )
1619 West 7th Street                              )
Galena, KS 66739                                  )
                                                  )
SPECTRUM HEALTH LAKELAND MEDICAL                  )
CENTER                                            )
1234 Napier Avenue                                )
Saint Joseph, MI 49085                            )
                                                  )
SPECTRUM HEALTH PENNOCK                           )
1009 West Green Street                            )
Hastings, MI 49058                                )
                                                  )
SPENCER HOSPITAL                                  )
1200 First Avenue East                            )
Spencer, IA 51301                                 )
                                                  )
ST. BERNARDS FIVE RIVERS MEDICAL                  )
CENTER                                            )
2801 Medical Center Drive                         )
Pocahontas, AR 72455                              )
                                                  )
ST. BERNARDS MEDICAL CENTER                       )
225 East Jackson                                  )
Jonesboro, AR 72401                               )
                                                  )
ST. ELIZABETH DEARBORN HOSPITAL                   )
600 Wilson Creek Road                             )
Lawrenceburg, IN 47025                            )
                                                  )
ST. ELIZABETH EDGEWOOD HOSPITAL                   )
1 Medical Village Drive                           )
Edgewood, KY 41017                                )
                                                  )

ST. ELIZABETH FLORENCE HOSPITAL     )
4900 Houston Road     )
Florence, KY 41042     )
     )
ST. ELIZABETH FORT THOMAS HOSPITAL,     )
85 N. Grand Avenue     )
Fort Thomas, KY 41075     )
     )
ST. MARGARET'S HEALTH - SPRING VALLEY     )
600 East First Street     )
Spring Valley, IL 61362     )
     )
ST. MARGARET'S HOSPITAL- PERU     )
925 West Street     )
Peru, IL 61354     )
     )
ST. MARY'S HOSPITAL     )
427 Guy Park Avenue     )
Amsterdam, NY 12010     )
     )
STRINGFELLOW CAMPUS OF NORTHEAST     )
ALABAMA REGIONAL MEDICAL CENTER     )
301 East 18th Street     )
Anniston, AL 36207     )
     )
SWEDISH HOSPITAL     )
5145 North California Avenue     )
Chicago, IL 60625     )
     )
SYCAMORE SHOALS HOSPITAL     )
1501 West Elk Avenue     )
Elizabethton, TN 37643     )
     )
TEMPLE UNIVERSITY HOSPITAL - JEANES     )
CAMPUS     )
7600 Central Avenue     )
Philadelphia, PA 19111     )
     )
TEMPLE UNIVERSITY HOSPITAL - MAIN     )
CAMPUS     )
3401 North Broad Street     )
Philadelphia, PA 19140     )
     )

THE CHRIST HOSPITAL )
2139 Auburn Avenue )
Cincinnati, OH 45219 )
)
THE UNIVERSITY HOSPITAL )
150 Bergen Street, C-431 )
Newark, NJ 07103 )
)
THE VALLEY HOSPITAL )
4 Valley Health Plaza )
Paramus, NJ 07652 )
)
THOMAS MEMORIAL HOSPITAL )
4605 MacCorkle Avenue Southwest )
South Charleston, WV 25309 )
)
THOMAS ORTHOPEDIC HOSPITAL (SAINT )
FRANCIS CAMPUS) )
333 Laidley Street )
Charleston, WV 25301 )
)
THOREK MEMORIAL HOSPITAL )
ANDERSONVILLE )
5025 North Paulina Street )
Chicago, IL 60640 )
)
TIDALHEALTH NANTICOKE )
801 Middleford Road )
Seaford, DE 19973 )
)
TOURO LCMC HEALTH )
1401 Foucher Street )
New Orleans, LA 70115 )
)
TUCSON MEDICAL CENTER (TMC) )
5301 East Grant Road )
Tucson, AZ 85712 )
)
TUG VALLEY ARH REGIONAL MEDICAL )
CENTER )
260 Hospital Drive )
South Williamson, KY 41503 )
)

TULANE MEDICAL CENTER                     )
1415 Tulane Avenue                        )
New Orleans, LA 70112                     )
                                          )
UCHEALTH BROOMFIELD HOSPITAL              )
11820 Destination Drive                   )
Broomfield, CO 80021                      )
                                          )
UCHEALTH GRANDVIEW HOSPITAL               )
5623 Pulpit Peak View                     )
Colorado Springs, CO 80918                )
                                          )
UCHEALTH GREELEY HOSPITAL                 )
6767 West 29th Street                     )
Greeley, CO 80634                         )
                                          )
UCHEALTH HIGHLANDS RANCH HOSPITAL         )
1500 Park Central Drive                   )
Highlands Ranch, CO 80129                 )
                                          )
UCHEALTH LONGS PEAK HOSPITAL              )
1750 East Ken Pratt Boulevard             )
Longmont, CO 80504                        )
                                          )
UCHEALTH MEDICAL CENTER OF THE            )
ROCKIES                                   )
2500 Rocky Mountain Avenue                )
Loveland, CO 80538                        )
                                          )
UCHEALTH MEMORIAL HOSPITAL CENTRAL        )
1400 East Boulder Street                  )
Colorado Springs, CO 80909                )
                                          )
UCHEALTH POUDRE VALLEY HOSPITAL           )
1024 South Lemay Avenue                   )
Fort Collins, CO 80524                    )
                                          )
UCHEALTH UNIVERSITY OF COLORADO           )
HOSPITAL                                  )
12605 East 16th Avenue                    )
Aurora, CO 80045                          )
                                          )
                                          )

UMASS MEMORIAL HEALTH -                    )
MARLBOROUGH HOSPITAL                       )
157 Union Street                           )
Marlborough, MA 01752                      )
                                           )
UMASS MEMORIAL HEALTHALLIANCE -            )
CLINTON HOSPITAL, LEOMINSTER CAMPUS        )
60 Hospital Road                           )
Leominster, MA 04153                       )
                                           )
UMASS MEMORIAL MEDICAL CENTER -            )
UNIVERSITY CAMPUS                          )
55 Lake Avenue North                       )
Worcester, MA 01655                        )
                                           )
UNICOI COUNTY HOSPITAL                     )
2030 Temple Hill Road                      )
Erwin, TN 37650                            )
                                           )
UNION HOSPITAL                             )
1606 North Seventh Street                  )
Terre Haute, IN 47804                      )
                                           )
UNITY HEALTH - WHITE COUNTY MEDICAL        )
CENTER                                     )
3214 East Race Avenue                      )
Searcy, AR 72143                           )
                                           )
UNITYPOINT HEALTH - ALLEN HOSPITAL         )
1825 Logan Avenue                          )
Waterloo, IA 50703                         )
                                           )
UNITYPOINT HEALTH - FINLEY HOSPITAL        )
350 North Grandview Avenue                 )
Dubuque, IA 52001                          )
                                           )
UNITYPOINT HEALTH - IOWA LUTHERAN          )
HOSPITAL                                   )
700 East University Avenue                 )
Des Moines, IA 50316                       )
                                           )
                                           )
                                           )

UNITYPOINT HEALTH - IOWA METHODIST          )
MEDICAL CENTER                              )
1200 Pleasant Street                        )
Des Moines, IA 50309                        )
                                            )
UNITYPOINT HEALTH - MERITER HOSPITAL        )
202 South Park Street                       )
Madison, WI 53715                           )
                                            )
UNITYPOINT HEALTH - ST. LUKES               )
2720 Stone Park Boulevard                   )
Sioux City, IA 51104                        )
                                            )
UNITYPOINT HEALTH - TRINITY                 )
BETTENDORF                                  )
4500 Utica Ridge Road                       )
Bettendorf, IA 52722                        )
                                            )
UNITYPOINT HEALTH -SAINT LUKE'S             )
HOSPITAL CEDAR RAPIDS                       )
1026 A Avenue Northeast                     )
Cedar Rapids, IA 52402                      )
                                            )
UNITYPOINT HEALTH -TRINITY ROCK             )
ISLAND                                      )
2701 17th Street                            )
Rock Island, IL 61201                       )
                                            )
UNIVERSITY HEALTH LAKEWOOD MEDICAL          )
CENTER                                      )
7900 Lee's Summit Road                      )
Kansas City, MO 64139                       )
                                            )
UNIVERSITY HEALTH TRUMAN MEDICAL            )
CENTER                                      )
2301 Holmes Street                          )
Kansas City, MO 64108                       )
                                            )
UNIVERSITY HOSPITAL                         )
600 Highland Avenue                         )
Madison, WI 53792                           )
                                            )
                                            )

UNIVERSITY MEDICAL CENTER NEW          )
ORLEANS                                )
2000 Canal Street                      )
New Orleans, LA 70112                  )
                                       )
UNIVERSITY OF ILLINOIS MEDICAL CENTER  )
1740 West Taylor Street                )
Chicago, IL 60612                      )
                                       )
UPMC ALTOONA                           )
620 Howard Avenue                      )
Altoona, PA 16601                      )
                                       )
UPMC BEDFORD                           )
10455 Lincoln Highway                  )
Everett, PA 15537                      )
                                       )
UPMC CARLISLE                          )
361 Alexander Spring Road              )
Carlisle, PA 17015                     )
                                       )
UPMC CHAUTAUQUA                        )
207 Foote Avenue                       )
Jamestown, NY 14701                    )
                                       )
UPMC EAST                              )
2775 Mosside Boulevard                 )
Monroeville, PA 15146                  )
                                       )
UPMC HAMOT                             )
201 State Street                       )
Erie, PA 16550                         )
                                       )
UPMC HANOVER                           )
300 Highland Avenue                    )
Hanover, PA 17331                      )
                                       )
UPMC HARRISBURG                        )
111 South Front Street                 )
Harrisburg, PA 17101                   )
                                       )
                                       )
                                       )

4875-6565-0164v8

UPMC HORIZON - GREENVILLE                    )
110 North Main Street                        )
Greenville, PA 16125                         )
                                             )
UPMC JAMESON                                 )
1211 Wilmington Avenue                       )
New Castle, PA 16105                         )
                                             )
UPMC KANE                                    )
4372 Route 6                                 )
Kane, PA 16735                               )
                                             )
UPMC LITITZ                                  )
1500 Highlands Drive                         )
Lititz, PA 17543                             )
                                             )
UPMC MAGEE-WOMENS HOSPITAL                   )
300 Halket Street                            )
Pittsburgh, PA 15213                         )
                                             )
UPMC MCKEESPORT                              )
1500 Fifth Avenue                            )
McKeesport, PA 15132                         )
                                             )
UPMC                                         )
24 Cree Drive                                )
Lock Haven, PA 17745                         )
                                             )
UPMC MEMORIAL                                )
1701 Innovation Drive                        )
York, PA 17408                               )
                                             )
UPMC MERCY                                   )
1400 Locust Street                           )
Pittsburgh, PA 15219                         )
                                             )
UPMC NORTHWEST                               )
100 Fairfield Drive                          )
Seneca, PA 16346                             )
                                             )
UPMC PASSAVANT - MCCANDLESS                  )
9100 Babcock Boulevard                       )
Pittsburgh, PA 15237                         )

4875-6565-0164v8

UPMC PINNACLE LANCASTER )
250 College Avenue )
Lancaster, PA 17603 )
)
UPMC PRESBYTERIAN )
200 Lothrop Street )
Pittsburgh, PA 15213 )
)
UPMC SAINT MARGARET )
815 Freeport Road )
Pittsburgh, PA 15215 )
)
UPMC SOMERSET )
225 South Center Avenue )
Somerset, PA 15501 )
)
UPMC SUSQUEHANNA LOCK HAVEN )
610 High Street )
Lock Haven, PA 17745 )
)
UPMC SUSQUEHANNA SUNBURY )
350 North Eleventh Street )
Sunbury, PA 17801 )
)
UPMC WILLIAMSPORT )
700 High Street )
Williamsport, PA 17701 )
)
UPPER VALLEY MEDICAL CENTER )
3130 North County Road 25-A )
Troy, OH 45373 )
)
USA HEALTH PROVIDENCE HOSPITAL )
6801 Airport Boulevard )
Mobile, AL 36685 )
)
UTOLEDO HEALTH )
3000 Arlington Avenue )
Toledo, OH 43614 )
)
)
)

4875-6565-0164v8

VCU MEDICAL CENTER                            )
1250 East Marshall Street                     )
Richmond, VA 23219                            )
                                              )
VHC HEALTH                                    )
1701 North George Mason Drive                 )
Arlington, VA 22205                           )
                                              )
WAGONER COMMUNITY HOSPITAL                    )
1200 West Cherokee                            )
Wagoner, OK 74467                             )
                                              )
WAKE FOREST BAPTIST HEALTH DAVIE              )
MEDICAL CENTER                                )
329 NC Highway 801 N                          )
Bermuda Run, NC 27006                         )
                                              )
WARREN MEMORIAL HOSPITAL                      )
351 Valley Health Way                         )
Front Royal, VA 22630                         )
                                              )
WASHINGTON REGIONAL MEDICAL CENTER            )
3215 N. North Hills Boulevard                 )
Fayetteville, AR 72703                        )
                                              )
WAYNE HOSPITAL                                )
835 Sweitzer Street                           )
Greenville, OH 45331                          )
                                              )
WAYNE MEDICAL CENTER                          )
103 J. V. Mangubat Drive                      )
Waynesboro, TN 38485                          )
                                              )
WEIRTON MEDICAL CENTER                        )
601 Colliers Way                              )
Weirton, WV 26062                             )
                                              )
WELLSPAN EVANGELICAL COMMUNITY                )
HOSPITAL                                      )
One Hospital Drive                            )
Lewisburg, PA 17837                           )
                                              )
                                              )

WEST JEFFERSON MEDICAL CENTER                    )
1101 Medical Center Boulevard                    )
Marrero, LA 70072                                )
                                                 )
WEST TENNESSEE HEALTHCARE                        )
DYERSBURG HOSPITAL                               )
400 East Tickle Street                           )
Dyersburg, TN 38024                              )
                                                 )
WEST TENNESSEE HEALTHCARE JACKSON -              )
MADISON COUNTY GENERAL HOSPITAL                  )
620 Skyline Drive                                )
Jackson, TN 38301                                )
                                                 )
WEST TENNESSEE HEALTHCARE MILAN                  )
HOSPITAL                                         )
4039 Highland Street                             )
Milan, TN 38358                                  )
                                                 )
WEST TENNESSEE HEALTHCARE                        )
VOLUNTEER HOSPITAL                               )
161 Mount Pelia Road                             )
Martin, TN 38237                                 )
                                                 )
WHITE RIVER MEDICAL CENTER                       )
1710 Harrison Street                             )
Batesville, AR 72501                             )
                                                 )
WHITESBURG ARH HOSPITAL                          )
240 Hospital Road                                )
Whitesburg, KY 41858                             )
                                                 )
WHITFIELD REGIONAL HOSPITAL                      )
105 Highway 80 East                              )
Demopolis, AL 36732                              )
                                                 )
WILSON HEALTH                                    )
915 West Michigan Street                         )
Sidney, OH 45365                                 )
                                                 )
WITHAM MEMORIAL HOSPITAL                         )
2605 North Lebanon Street                        )
Lebanon, IN 46052                                )

4875-6565-0164v8

WVU MEDICINE UNIONTOWN HOSPITAL )
500 West Berkeley Street )
Uniontown, PA 15401 )
)
)
YORK HOSPITAL )
15 Hospital Drive )
York, ME 03909 )
)
Plaintiffs, )
)
     vs. )
)
XAVIER BECERRA )
Secretary of the United States Department of )
Health and Human Services )
200 Independence Avenue, S.W., Room 700-E )
Washington, D.C. 20201 )
)
     Defendant. )

---

### COMPLAINT FOR JUDICIAL REVIEW

---

#### INTRODUCTION

1.     The Plaintiff hospitals bring this action under 42 U.S.C. § 1395oo(f)(1), for judicial review of a final decision of the Defendant, Xavier Becerra, acting in his official capacity as the Secretary of the United States Department of Health and Human Services, and acting through HHS's Provider Reimbursement Review Board.

2.     The standardized amount is set annually by the Centers for Medicare and Medicaid Services, the agency within HHS charged with administering the Medicare program, based on an adjustment to the prior year's standardized amount. Therefore, the Hospitals argued, CMS's incorrect determination of the original standardized

amounts used to calculate reimbursement for federal fiscal year (FFY) 1984 still persists today.

3.      In a decision dated September 27, 2024 (**Exhibit 1**), a Board majority dismissed the Hospitals' challenges to the standardized amounts used to determine per-discharge Medicare payment rates under the inpatient prospective payment system (IPPS). The Board's dismissal wrongly held that it lacked substantive jurisdiction over the Hospitals' appeals because the original standardized amounts are inextricably intertwined with the budget neutrality adjustment (BNA) factors incorporated in FFY 1984 and FFY 1985—and those BNAs are excluded from administrative and judicial review. 42 U.S.C. § 1395ww(d)(7).

4.      The Hospitals invoke this Court's authority under 5 U.S.C. § 706(2) to issue an Order vacating and setting aside the Board's dismissal decision and its underlying findings and conclusions and remanding these appeals to the Board for further proceedings.

PARTIES

5.      The Plaintiffs are Medicare-participating hospitals identified in **Exhibit 2**, which have appealed their Medicare payments for the fiscal years identified, asserting that their program reimbursement was understated for the reasons described herein.

6.      The Defendant is Xavier Becerra, the Secretary of HHS, acting in his official capacity. The Centers for Medicare and Medicaid Services (CMS) is the agency within HHS that administers the Medicare program by delegation from, and as agent of, the Secretary. 76 Fed. Reg. 13618 (Mar. 14, 2011). References to the Secretary are

meant to refer to him, his subordinates, and to his official predecessors or successors as the context requires.

JURISDICTION AND VENUE

7.      This Court has jurisdiction under 42 U.S.C. § 1395oo(f) (appeal of final Medicare program agency decision), 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1361 (mandamus); and 28 U.S.C. § 1651 (All Writs Act).

8.      Venue is proper under 42 U.S.C. § 1395oo(f)(1) (review of a final Board decision) and 28 U.S.C. § 1391(e) (action against an officer or employee of United States acting in his official capacity).

BACKGROUND

**A.      General Background of the Medicare Program**

9.      Congress established the Medicare program to provide health insurance for the aged, disabled, and individuals with end-stage renal disease. 42 U.S.C. § 1395c.

10.     The Medicare program is federally funded and administered by the Secretary through CMS and its contractors. 42 U.S.C. § 1395kk; 42 Fed. Reg. 13,282 (Mar. 9, 1977). Congress granted HHS rulemaking authority to implement the Medicare program. 42 U.S.C. § 1395hh(a).

11.     The Medicare program is divided into several parts. Part A of the Medicare program provides for coverage and payment for, among others, inpatient hospital services on a fee-for-service basis. 42 U.S.C. §§ 1395c *et seq*. Part A services are furnished to Medicare beneficiaries by "providers" of services, including the Plaintiffs,

that have entered into written provider agreements with the Secretary to furnish hospital services to Medicare beneficiaries. *See* 42 U.S.C. §§ 1395c–1395i-5.

12.     CMS pays providers participating in Part A of the Medicare program for covered services rendered to Medicare beneficiaries through Medicare Administrative Contractors (MACs), which are agents of the Secretary. Each Medicare-participating hospital is assigned to a MAC. 42 U.S.C. § 1395h. The amount of the Medicare Part A payment to a hospital for services furnished to Medicare beneficiaries is determined by its MAC based on instructions from CMS.

**B.     Medicare Inpatient Prospective Payment System and Standardized Amounts**

13.     When Medicare was signed into law in 1965, participating hospitals were reimbursed retrospectively for their actual and reasonable costs incurred to provide care for Medicare beneficiaries. As Medicare costs grew, however, Congress considered different ways to manage them.

14.     Beginning with cost reporting years starting on or after October 1, 1983, Congress established the Inpatient Prospective Payment System (IPPS) to reimburse hospitals in fixed payment amounts determined in advance based on averages of reported costs.

15.     Congress required the Secretary to use the most recent historical data available to calculate a base rate for each Medicare-participating hospital:

> (A) Determining allowable individual hospital costs for base period.— The Secretary shall determine the allowable operating costs per discharge of inpatient hospital services for the hospital for the most recent cost reporting period for which data are available.

42 U.S.C. § 1395ww(d)(2)(A); Pub. L. No. 98-21, 97 Stat. 65.

16.     The Secretary chose to use 1981 cost report data for its base rate calculation. 48 Fed. Reg. 39,752, 39,764 (Sept. 1, 1983).

17.     Using this 1981 data, the Secretary identified every hospital's total allowable costs for providing care to admitted Medicare beneficiaries, and divided that total by the number of admitted Medicare beneficiaries discharged from that hospital **plus** the number of Medicare beneficiaries transferred to another Medicare-participating hospital. 49 Fed. Reg. 234, 245-6 (Jan. 3, 1984). Hospitals' 1981 discharge data, however, was inclusive of transfers.

18.     The Secretary therefore double-counted these transferred patients in the denominator, acknowledged they were double-counted as a result of the data used, and refuses to fix this error.

19.     Having identified the base rate for every hospital as directed in § 1395ww(d)(2)(A), the Secretary was required to update each hospital's base rate to FFY 1983, § 1395ww(d)(2)(B)(i); project each hospital's FFY 1984 base rate by applying a statutory percentage increase, § 1395ww(d)(2)(B)(ii)); standardize those updated base rates to exclude and adjust certain variables, § 1395ww(d)(2)(C); and sort the hospitals into 20 statutorily-prescribed, geographical regions and average the base rates of the hospitals in each region, § 1395ww(d)(2)(D)).[1]

---

[1] These regional standardized amounts were gradually phased down to a maximum of 15% of payments in favor of a national standardized amount that makes up 85–100% of payments. *See* § 1395ww(d)(1)(A); Pub. L. No. 98-21, 97 Stat. 65; Pub. L. No. 99-272, 100 Stat 82; Pub. L. No. 103-66, 107 Stat. 312.

4875-6565-0164v8

20.   Next, Congress commanded the Secretary to reduce these 20 regional standardized amounts to account for the creation of separate 'outlier payments,' or add-on payments to hospitals for unusually lengthy inpatient stays. § 1395ww(d)(2)(E).

21.   Congress additionally directed that IPPS be budget neutral for its first two years. § 1395ww(e)(1)(B). Thus, for FFY 1984, Congress directed the Secretary to multiply these 20 average standardized amounts by a factor the Secretary estimated would ensure that Medicare's aggregate expenditures would match with Medicare's aggregate expenditures as estimated under the previous fee-for-service model. *Id.*, at §§ 1395ww(d)(2)(F); (e)(1)(B).

22.   To determine how much CMS would pay a hospital to treat each Medicare beneficiary receiving inpatient care, Congress decreed that the Secretary was to multiply the applicable standardized amount by a weighting factor which would increase the standardized amount to reflect the relative resources required to treat similar patients who had been sorted into Diagnosis-Related Groups (DRGs). *Id.*, at § 1395ww(d)(2)(G).

23.   For FFY 1985, Congress ordained that the Secretary must increase "the respective average standardized amount computed for the previous fiscal year under paragraph (2)(D)" by multiplying it "by the applicable percentage increase under subsection (b)(3)(B)." *Id.*, at § 1395ww(d)(3)(A).

24.   By mandating the use of the § 1395ww(d)(2)(D) FFY 1984 average standardized amounts, Congress explicitly excluded the § 1395ww(d)(2)(F) budget

neutrality adjustment factor from being carried forward into the FFY 1985 IPPS reimbursement calculation.

25.     As with FFY 1984, Congress instructed the Secretary to render Medicare's FFY 1985 aggregate expenditures budget-neutral as compared with the previous fee-for-service model—again by multiplying the 20 average standardized amounts by a budget neutrality adjustment factor. *Id.*, at § 1395ww(d)(3)(C).

26.     For FFY 1986 and every subsequent year, Congress required the Secretary to adjust "the respective average standardized amount computed for the previous fiscal year … under this subparagraph, increased for fiscal year 1985 by the applicable percentage increase under subsection (b)(3)(B)" by multiplying it by the applicable percentage increase the Secretary determined under § 1395ww(e)(4). *Id.*

27.     By requiring the Secretary to use the § 1395ww(d)(3)(A) FFY 1985 average standardized amounts, Congress again explicitly excluded the § 1395ww(d)(3)(C) budget neutrality adjustment from being carried forward into the FFY 1986 average standardized amounts.

28.     This explicit Congressional directive to omit the FFY 1984 budget neutrality adjustment from the FFY 1985 average standardized amount formula and to omit the FFY 1985 budget neutrality adjustment from the FFY 1986 average standardized amount formula prevented these budget neutrality adjustments from being double-counted and impacting future years.

C.      **Procedure for Administrative and Judicial Review**

29.      A hospital has an undeniable statutory right to appeal to the Board if it is dissatisfied with a final determination by the MAC regarding its total reimbursement. 42 U.S.C. § 1395oo(a)(1)(A)(i).

30.      A Notice of Program Reimbursement (NPR) constitutes a final determination that may be appealed to the Board under this authority.

31.      A hospital may take an appeal to the Board individually or pursue a group appeal of an issue that is common to two or more hospitals. 42 U.S.C.§ 1395oo(b); 42 C.F.R. §§ 405.1835 & 405.1837.

32.      The decision of the Board on substantive or jurisdictional matters constitutes final administrative action unless the Secretary reverses, affirms, or modifies the decision within 60 days of a hospital's notification of the Board's decision. The Secretary has delegated his authority under the statute to review such decisions to the CMS Administrator.

33.      A hospital may obtain judicial review of a final administrative decision, whether substantive or jurisdictional, by suing in the United States District Court for the judicial district that the hospital is located or in the District Court for the District of Columbia within 60 days of receipt of the final determination in the administrative appeal. 42 U.S.C. § 1395oo(f).

34.      In any such action, the Secretary is the proper defendant because the Secretary, acting through CMS, "is the real party of interest in any litigation involving the administration of the [Medicare] program." 42 C.F.R. § 421.5(b).

35.     Interest is to be awarded in favor of a hospital that prevails in such an appeal. 42 U.S.C. § 1395oo(f)(2).

**D.      The Medicare Act and the Administrative Procedure Act (APA)**

36.     Under the APA, a "reviewing court shall … hold unlawful and set aside agency action, findings, and conclusions found to be … arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law." 5 U.S.C. § 706(2)(A).

37.     Furthermore, a "reviewing court shall … hold unlawful and set aside agency action, findings, and conclusions found to be … in excess of statutory jurisdiction, authority, or limitations, or short of statutory right." 5 U.S.C. § 706(2)(C).

38.     Additionally, a "reviewing court shall … hold unlawful and set aside agency action, findings, and conclusions found to be … without observance of procedure required by law." 5 U.S.C. § 706(2)(D).

39.     The Medicare Act allows for judicial review of the Board's jurisdictional dismissal and adopts the standards set by the APA. 42 U.S.C. § 1395oo(f)(1). Thus, agency actions which are arbitrary, capricious, an abuse of discretion, contrary to the law; in excess of statutory jurisdiction, authority, or limitations; without observance of procedure required by law; or unsupported by substantial evidence must be held unlawful and vacated. 5 U.S.C. § 706.

4875-6565-0164v8

## STATEMENT OF THE CASE

**A.      The Hospitals Properly Appealed this Issue to the Board**

40.      This action arises under the Medicare Act and APA. 42 U.S.C.

§ 1395oo(f)(1); 5 U.S.C. §§ 701 & 702. The issue appealed is the Board's wrongful,

premature dismissal of the Hospitals' appeals.

41.      A provider's right to a hearing on a final determination is undeniable. 42

U.S.C. § 1395oo; 42 C.F.R. § 405.1835. For both individual and group appeals, the

qualifications are simple: a provider must be dissatisfied with the MACs' final

determination of their reimbursement and the amounts in controversy must exceed the

statutory minimums. *Id.* Group appeals must also involve "a single question of fact or

interpretation of law, regulations, or CMS Rulings that is common to each provider in

the group." 42 C.F.R. § 405.1837.

42.      Each appeal brought before the Board by the Hospitals satisfied these

requirements, and the Board is bound by both law and regulation to hear these appeals

on their merits. 42 C.F.R. § 405.1867.

43.      The Hospitals have appealed CMS's failure to do as Congress commanded

and have done so – together – across over 500 appeals which cover multiple impacted

fiscal years. Each appeal challenges the Secretary's failure to calculate the base rate in

the way Congress instructed—a failure which has been carried forward for four

decades and has reduced the Hospitals' reimbursement in each of fiscal years appealed.

44.     The MACs asked the Board to find that when Congress precluded review of the FFY 1984 and FFY 1985 budget neutrality adjustments, Congress additionally further precluded review of the calculation of the base rate in its entirety.

45.     Acting arbitrarily, capriciously, in abuse of its discretion, contrary to the law, in excess of its statutory jurisdiction, and without observance of procedure required by law, the Board agreed and dismissed all 502 group appeals.

**B.      The PRRB has Jurisdiction to Review this Matter on the Merits**

46.     The Hospitals only appealed the Secretary's failure to comply with the statutory requirement under § 1395ww(d)(2)(A) to "determine the allowable operating costs per discharge." Specifically, the Hospitals have appealed the Secretary's double-counting of transferred patients in the denominator of the base rate with discharged patients—substituting the costs per discharge with the costs per discharge-and-transfer. The Secretary included patients transferred from one hospital to another in violation of Congress' command, and this inflated denominator has reduced reimbursement to hospitals treating Medicare beneficiaries for forty years without correction.

47.     Because CMS incorporated the understated base rate into its original calculations of the average standardized amounts – and because these original average standardized amounts are not recalculated year-over-year but instead merely swelled by factoring in each subsequent year's applicable percentage increase – CMS's original understated base rate reduced reimbursement for each year the Hospitals appealed.

48.     Congress did not preclude review of the determination of the allowable operating costs per discharge.

67

49.     Furthermore, Congress did not preclude review of any aspects of the Secretary's calculation of the base rate, the average standardized amounts, or FFY 1984 and FFY 1985 IPPS reimbursement in general.

50.     Instead, Congress precluded review only of "any adjustment effected pursuant to subsection (e)(1)." 42 U.S.C. § 1395ww(d)(7). In fact, the Secretary dedicated pages of the Federal Register to confirming that providers are entitled to appeal aspects of the FFY 1984 and FFY 1985 IPPS reimbursement calculation. 49 FR at 277-9.

51.     The Hospitals did not appeal "the determination of the requirement, or the proportional amount, of any adjustment effected pursuant to subsection (e)(1)." 42 U.S.C. § 1395ww(d)(7).

52.     Because the § 1395ww(d)(2)(D) average standardized amounts were carried forward from FFY 1984 to FFY 1985 and the § 1395ww(d)(3)(A) average standardized amounts were carried forward from FFY 1985 to FFY 1986, the budget neutrality adjustments – which were implemented at § 1395ww(d)(2)(F) and § 1395ww(d)(3)(C) cannot be inextricably intertwined with the average standardized amounts and base rates in any way Congress commanded.

53.     Additionally, because the budget neutrality adjustments were factors which were multiplied with the average standardized amounts and can be removed merely by dividing them out, they cannot be inextricably intertwined with the average standardized amounts and base rates in any mathematical sense.

54.     Further, the Board's expansion of the phrase "the determination of the requirement, or the proportional amount, of any adjustment effected pursuant to

subsection (e)(1)" to include any aspect of the IPPS calculation performed prior to or during FFY 1984 and FFY 1985 is certainly not the "single, best meaning" of the statute. *Loper Bright Enterprises v. Raimondo*, 144 S.Ct. 224 (2024).

55.     While the Hospitals have noted that the Secretary further deviated from Congress's command – as pointed out by the MACs and the Board – by intentionally carrying forward the FFY 1985 § 1395ww(d)(3)(C) budget neutrality adjustment into the FFY 1986 § 1395ww(d)(3)(A) average standardized amounts, the Hospitals have not raised this issue in their Notices of Appeal.

### BASES FOR APPEAL

### COUNT I:
#### VIOLATION OF THE APA, 5 U.S.C. § 706(2), AND THE MEDICARE ACT, 42 U.S.C. § 1395OO(f)

56.     The Hospitals incorporate by reference paragraphs 1-55 as though fully set forth here.

57.     The Hospitals properly appealed the understatement of the average standardized amounts resulting from the Secretary's double-counting of transferred patients in the denominator of the base rate. Having met all statutory and regulatory requirements and complied with all Board Rules, the Hospitals are entitled to a hearing on the merits of this challenge.

58.     The Court should hold unlawful and set aside the Board's decisions dismissing the Hospitals' appeals because the dismissals were:

- Arbitrary, capricious, an abuse of discretion or not in accordance with the law, 5 U.S.C. § 706(2)(A);

- In excess of statutory jurisdiction, authority, or limitations or short of a statutory right, § 706(2)(C);

- Without observance of procedure required by law, § 706(2)(D); or

- Unsupported by substantial evidence or unwarranted by the facts, § 706(2)(E)-(F).

## COUNT II:
### FAILURE TO ACT, 5 U.S.C. § 706(1)

59.    The Hospitals incorporate by reference paragraphs 1-55 as though fully set forth here.

60.    Under 5 U.S.C. § 706(1), the "reviewing court shall … compel agency action unlawfully withheld or unreasonably delayed." Agency action is "unlawfully withheld" where the law makes "a specific, unequivocal command," and the requirement is for a "precise, definite act about which an official had no discretion whatever." *Norton v. S. Utah Wilderness All.*, 542 U.S. 55, 63 (2004) (cleaned up); *Skalka  v. Kelly*, 246 F. Supp. 3d 147 (D.D.C. 2017).

61.    Under 42 U.S.C. § 1395ww(d), the Secretary is compelled to calculate the IPPS standardized amount in a particular way, and decades later, despite having long ago acknowledged his failure to follow Congress's directive, he still refuses to correct the error that continues to impact the Hospitals' payments, including those under appeal.

## COUNT III:
### MANDAMUS, 28 U.S.C. § 1361

62.    The Hospitals incorporate by reference paragraphs 1-55 as though fully set forth here.

4875-6565-0164v8

63.     The Secretary has the non-discretionary duty to reimburse the Hospitals fully as commanded by Congress.

64.     The Secretary failed to fulfill this non-discretionary duty to reimburse the Hospitals fully as instructed by Congress when the Secretary double-counted transferred patients in the denominator of the base rate and used that reduced base rate to determine the original 20 average standardized amounts.

65.     This Court has authority, under 28 U.S.C. § 1361, to direct the Secretary to fulfill the non-discretionary duty imposed upon it by Congress to correctly calculate the base rate, average standardized amounts, and all final reimbursement determinations appealed by the Hospitals which were impacted by the Secretary's failure to fulfill this non-discretionary duty.

66.     The Hospitals are entitled to the Court's issuance of a writ of mandamus directing the Secretary to satisfy the non-discretionary duty to reimburse Hospitals as Congress instructed—including the Secretary recalculating the understated base rate and its reduction of the average standardized amounts.

## COUNT IV:
### ALL WRITS ACT, 28 U.S.C. § 1651

67.     The Hospitals incorporate by reference paragraphs 1-55 as though fully set forth here.

68.     The Secretary has violated the Medicare Act and APA by improperly reducing the Hospitals' IPPS payments at issue.

4875-6565-0164v8

69.     Under the All Writs Act, 28 U.S.C. § 1651, and other authority, the Hospitals are entitled to issuance of an order requiring the Secretary to recalculate their IPPS payments for the FFYs at issue after correcting the underlying data that CMS used to develop the base rate and ensuing original 20 average standardized amounts.

REQUESTS FOR RELIEF

**THEREFORE,** the Hospitals request:

1. An Order vacating, reversing, or setting aside the Board's jurisdictional dismissal in each matter appealed to it as identified in Exhibit 2 and remanding each action for reinstatement to the Board with instructions to allow the Hospitals' appeals to proceed on their merits;

2. A Writ of Mandamus requiring the Secretary to (a) correct the base rate it failed to calculate according to Congress's instructions; (b) correct the 20 average standardized amounts that were understated due to the Secretary's reliance on the reduced base rate; (c) provide the Hospitals with the data, data specifications, systems requirements, and programs used for these corrections so that the Hospitals can validate the results; and (d) pay the Hospitals the outstanding balance identified a result of the recalculations of the base rate and 20 average standardized amounts with interest calculated in accordance with 42 U.S.C. § 1395oo(f)(2);

3. An Order requiring the Secretary to (a) correct the base rate it failed to calculate according to Congress's instructions; (b) correct the 20 average standardized amounts that were understated due to the Secretary's reliance on the reduced

72

base rate; (c) provide the Hospitals with the data, data specifications, systems requirements, and programs used for these corrections so that the Hospitals can validate the results; and (d) pay the Hospitals the outstanding balance identified a result of the recalculations of the base rate and 20 average standardized amounts with interest calculated in accordance with 42 U.S.C. § 1395oo(f)(2);

4. An Order that the Court shall retain jurisdiction over this action for purposes of enforcement until receipt of the Hospitals' notice of the Secretary's and/or Board's compliance with this Court's orders and remand instructions;

5. An award of all legal fees and costs of suit incurred by the Hospitals, including reasonable attorneys' fees; and

6. An award of such other relief as the Court deems just and proper.

Respectfully submitted,

**HALL RENDER KILLIAN HEATH & LYMAN, PC**

By: _/s/ Andrew B. Howk_

    **Andrew B. Howk**, Attorney No. IN0005
    **Ryan A. McDonald**, Attorney No. IN0010
    500 N. Meridian Street, Suite 400
    Indianapolis, IN 46204-1293
    Ph: (317) 633-4884
    Fax: (317) 633-4878
    Email: ahowk@hallrender.com;
    rmcdonald@hallrender.com
    **Heather D. Mogden,** Attorney No. WI0039
    330 E. Kilbourn Ave., Suite 1250
    Milwaukee, WI 53202
    Ph: (414) 721-0442
    Fax: (414) 721-0491
    Email: hmogden@hallrender.com

    _Attorneys for the Plaintiffs_